No. 857. KIRKPATRICK *v*. HARDT. See *ante*, p. 626.

No. 847. POPE *v*. UNITED STATES. March 28, 1938. Petition for writ of certiorari to the Court of Claims, and motion for leave to proceed further *in forma pauperis*, denied. *Mr. Allen Pope, pro se.* No appearance for the United States.

No. 853. LINDSEY ET AL. *v*. WASHINGTON. March 28, 1938. Petition for writ of certiorari to the Supreme Court of Washington, and motion for leave to proceed further *in forma pauperis*, denied. *E. R. Lindsey, pro se.* No appearance for respondent.

No. 875. JORDON *v*. UNITED STATES. March 28, 1938. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis*, denied. *Mr. James J. Laughlin* for petitioner. No appearance for the United States.

No. 678. NEW YORK EX REL. KURZYNSKI *v*. HUNT, WARDEN. March 28, 1938. Petition for writ of certiorari to the Supreme Court of New York denied. *Paul Kurzynski, pro se. Mr. Henry Epstein,* Solicitor General of New York, for respondent.

No. 797. BANKERS LIFE Co. *v*. CITY OF LITTLEFIELD ET AL. March 28, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.